UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-23267-SCOLA/TORRES

EMILY FULLER,

     Plaintiff,

v.

AMERICAN HONDA MOTOR CO. INC.,

     Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Emily Fuller and Defendant American Honda Motor Co., Inc., by and through their respective counsel of record herein, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1.     The parties, having completed a settlement of this matter, agree and request that the Court order the DISMISSAL of this action, with prejudice, with the Court to retain jurisdiction over the parties and the action for the sole purpose of, and, and for only the time period required for, enforcement of the parties' obligations under Section 2(C) of the Parties' Settlement Agreement and Release of Claims.

2.     Attached to this Stipulation as Exhibit "A" is a true and correct copy of the parties' Settlement Agreement and Release of Claims.

3.     Each party shall bear his or its own costs and fees, including attorneys' fees, incurred with this action.

4.     The effectiveness of this stipulation is conditioned on the Court's entry of an order

retaining jurisdiction.  *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted,

Roderick v. Hannah, Esq., P.A.
8751 W. Broward Blvd.,  Ste. 303
Plantation, FL 33324
Telephone:  954.362.3800
Facsimile:   954.362.3779

*s/ Roderick Hannah*
Roderick V. Hannah, Esq.
Florida Bar No. 435384
rhannah@rhannahlaw.com

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, FL  33131
Telephone:  305.374.0506
Facsimile:  305.374.0456

*s/ Paul De Boe*
Paul J. De Boe, Esq.
Florida Bar No. 52051
paul.deboe@ogletreedeakins.com

Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126-2309
Telephone: 305.266.9780
Facsimile:  305.269.8311

*s/ Pelayo Duran*
Pelayo M. Duran, Esq.
Florida Bar No. 0146595
pduran@pelayoduran.com